IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL L. HOUSTON,
    Petitioner,

vs.                                                      Case No.:  3:07cv23/RV/EMT

JAMES McDONOUGH,
    Respondent.
_____/

## **ORDER**

This cause is before the court upon Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. 1).  The filing fee has been paid.

The court notes that the habeas petition is incomplete; specifically, the petition does not include an original signature.  Therefore, Petitioner must file an amended petition.  To amend his petition, Petitioner should completely fill out a new habeas petition form, marking it "Amended Petition."  Petitioner is advised that the amended petition must contain all of Petitioner's grounds for relief, and it should not in any way refer to the original petition.  The amended petition completely replaces all previous petitions; when an amended petition is filed, all earlier petitions are disregarded.  N.D. Fla. Loc. R. 15.1.  In addition, Petitioner shall provide two (2) service copies of the amended petition in addition to the original.

Accordingly, it is **ORDERED**:

1.    The clerk shall send Petitioner a copy of the form for use in § 2254 cases, with this case number written on the form.

2.    Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall file an amended petition as instructed in this order.  Additionally, Petitioner shall provide two (2) service copies of the amended petition in addition to the original.

3. Petitioner's failure to comply with this order will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 21st day of February 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:07cv23/RV/EMT