IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARRYL L. HOUSTON,
    Petitioner,

vs.                                            Case No.: 3:07cv23/RV/EMT

WALTER A. McNEIL,
    Respondent.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 7, 2008.  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of all timely filed objections.

       Having considered the report and recommendation, and any timely filed objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2.  The amended petition for writ of habeas corpus (Doc. 6) is **DENIED**.

**DONE AND ORDERED** this 3rd day of June, 2008.

                                    /s/ *Roger Vinson*
                                    **ROGER VINSON**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**