# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DARRYL L. HOUSTON

    VS                                                                 CASE NO. 3:07cv23/RV/EMT

WALTER A. McNEIL

**REFERRAL AND ORDER**

Referred to Judge Vinson on  08/19/2008
Type of Motion/Pleading MOTION FOR CERTIFICATE OF APPEALABILITY
Filed by: Petitioner    on 8/18/08    Doc. No. 32
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                                 on            Doc. No.
                                                 on            Doc. No.
                                                 WILLIAM M. McCOOL, CLERK OF COURT

                                                 /s/ V. Harmon
                                                 Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this   19th   day of   August  , 2008, that:

(a)   The requested relief is DENIED.
(b)   See order entered on August 15, 2008 (doc. 30).

                                                 /s/ *Roger Vinson*
                                                 ROGER VINSON
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.